AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| VARTA MICROBATTERY GMBH | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:20-cv-00029 |
| SAMSUNG ELECTRONICS AMERICA, INC. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Samsung Electronics America, Inc.
C/O CT Corporation System, its registered agent
1999 Bryant St., Suite 900
Dallas, Texas 75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew W. Stinson
Ramey & Flock, P.C.
100 E. Ferguson Street, Suite 404
Tyler, Texas 75702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   2/5/20                                     *David A. O'Toole*
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00029

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Samsung Electronics America, Inc.
was received by me on *(date)* February 5, 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Terri Thongsarat, CT Corporation System, who is designated by law to accept service of process on behalf of *(name of organization)* Samsung Electronics America, Inc. at 1999 Bryan Ave, Ste 900, Dallas, TX 75201 on *(date)* February 6, 2020 at 8:30 am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: February 6, 2020

*Server's signature*

Michael J. Collins, Process Server # PSC-359 Expires 7/31/2020
*Printed name and title*

110 N College, Suite 1002, Tyler, Texas 75702
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset