**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| VARTA MICROBATTERY GMBH | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:20-CV-0029-JRG-RSP |
| SAMSUNG ELECTRONICS AMERICA, INC. | § § § | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
DOCKET CONTROL ORDER AND DISCOVERY ORDER**

Plaintiff VARTA Microbattery GmbH and Defendant Samsung Electronics America, Inc. ("Parties") jointly and respectfully request the Court extend the time within which the Parties are required to submit a proposed Docket Control Order and Discovery Order and show the Court as follows:

Pursuant to this Court's Order dated April 17, 2020 (Dkt. 10), the deadline to file a proposed Docket Control Order and Discovery Order is June 1, 2020. The Parties are requesting an extension of seven (7) days, up to and though June 8, 2020, to file the proposed Docket Control Order and Discovery Order. Good cause for this extension exists as the Parties are working together to finalize a motion to consolidate this case with *VARTA Microbattery GmbH v. Costco Wholesale Corporation*, No. 2:20-cv-00051-JRG. The additional time would allow for a ruling from the Court on consolidation and a subsequent submission of a single, more tailored set of proposed orders for the consolidated matter in the event the Court grants the motion to consolidate.[1]

---

[1] Contemporaneously with the filing of this motion, the parties in the Costco matter are filing a similar motion seeking a seven (7) day extension of their current deadline of June 1, 2020 to file a proposed Docket Control Order and Discovery Order.

Dated: May 29, 2020                                         Respectfully Submitted,

*/s/ Melissa R. Smith*
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Stephen A. Marshall
DC Bar No. 1012870
smarshall@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II
Texas State Bar No. 24032992
reger@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-22091

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  Melissa@gillamsmithlaw.com

***ATTORNEYS FOR DEFENDANT***

*/s/ Andrew W. Stinson*
H. Michael Hartmann *(admitted pro hac vice)*
IL State Bar No. 1146130
Wesley O. Mueller  *(admitted pro hac vice)*
IL State Bar No. 6199650
Robert T. Wittmann *(admitted pro hac vice)*
IL State Bar No. 6273264
J. Karl Gross *(admitted pro hac vice)*

- 1 -

- 2 -

        IL State Bar No. 6275041
        LEYDIG, VOIT & MAYER, LTD.
        Two Prudential Plaza
        180 North Stetson Avenue, Suite 4900
        Chicago, IL 60601
        312-616-5600
        312-616-5700 fax
        mhartmann@leydig.com
        wmueller@leydig.com
        bwittmann@leydig.com
        kgross@leydig.com

        Andrew W. Stinson
        State Bar No. 24028013
        RAMEY & FLOCK, PC
        100 E. Ferguson Street, Suite 404
        Tyler, TX 75702
        903-597-3301
        903-597-2413 fax
        andys@rameyflock.com

        ***ATTORNEYS FOR PLAINTIFF***

3

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 29, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith