IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VARTA MICROBATTERY GMBH,<br><br>      Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>      Defendant. | Civil Action No. 2:20-cv-00029-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO CONSOLIDATE PROCEEDINGS

Before the Court is the Parties' Joint Motion to Consolidate Proceedings. The Court, having considered same, is of the opinion the motion should be GRANTED.

The above-captioned case is hereby **ORDERED** to be **CONSOLIDATED** for all pretrial issues with the LEAD CASE, *VARTA Microbattery GmbH v. Costco Wholesale Corp.*, Case No. 2:20-cv-0051-JRG. All parties are instructed to file any future filings in the LEAD CASE. Individual cases remain active for trial.