# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VARTA MICROBATTERY GMBH, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| COSTCO WHOLESALE CORPORATION, | § § § § | CIVIL ACTION NO. 2:20-cv-00051-JRG **LEAD CASE** |
| AMAZON.COM, INC. | § § § | CIVIL ACTION NO. 2:20-cv-00052-JRG |
| BEST BUY STORES, L.P., ET AL. | § § | CIVIL ACTION NO. 2:20-cv-00054-JRG |
| PEAG, LLC | § § | CIVIL ACTION NO. 2:20-cv-00071-JRG |
| AUDIO PARTNERSHIP LLC, ET AL | § § | CIVIL ACTION NO. 2:20-cv-00138-JRG |
| SAMSUNG ELECTRONICS AMERICA, INC. | § § § § | CIVIL ACTION NO. 2:20-cv-00029-JRG |
| Defendants. | § § § | |

## ORDER

Before the Court is the Stipulation of Partial Dismissal (the "Stipulation") filed by Plaintiff VARTA Microbattery GmbH ("VARTA") and Samsung Electronics America, Inc. ("SEA") (collectively, the "Parties"). (Dkt. No. 59). In the Stipulation, the Parties stipulate to the dismissal of the case captioned *VARTA Microbattery GmbH v. Samsung Electronics America, Inc.*, Case No. 2:20-cv-00029-JRG. Additionally, because SEA is a supplier of various accused products to Defendants Best Buy Stores LP, Best Buy.com. LLC, and Best Buy Texas.com LLC (collectively "Best Buy"), VARTA and Best Buy stipulate to a dismissal with prejudice of claims as they relate to SEA products sold, offered for sale, and/or imported by Best Buy in the case captioned VARTA

Microbattery GmbH v. Best Buy Co., Inc., et al., Case No. 2:20-cv-00054-JRG, and that VARTA's claims against Best Buy in that case will proceed to the extent they relate to non-SEA products sold, offered for sale, and/or imported by Best Buy.

Having considered the Stipulation, the Court **ACKNOWLEDGES AND ACCEPTS** VARTA and SEA's **DISMISSAL WITH PREJUDICE** of Case No. 2:20-cv-00029-JRG, and VARTA and Best Buy's **DISMISSAL WITH PREJUDICE** of claims as they relate to SEA products sold, offered for sale, and/or imported by Best Buy in the case captioned VARTA Microbattery GmbH v. Best Buy Co., Inc., et al., Case No. 2:20-cv-00054-JRG. The Clerk of Court is directed to **CLOSE** Case No. 2:20-cv-00029-JRG. However, in light of the remaining parties and claims, Case No. 2:20-cv-00054-JRG shall remain **OPEN**.

**So Ordered this**
**Aug 5, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE